No. 755, Misc.  WARD *v.* PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 758, Misc.  CURLEY *v.* McMANN, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 759, Misc.  TIMMONS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 761, Misc.  LYONS *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 762, Misc.  REID *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 764, Misc.  ORLANDO *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 769, Misc.  BUSH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 770, Misc.  TRAGANZA *v.* CALIFORNIA.  Dist. Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 771, Misc.  BENTLEY *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 774, Misc.  CARREON *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Certiorari denied.